UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOLAN JOHNSON,

    Plaintiff,

  v.

CARUSO et al.,

    Defendants.
    _____/

CIVIL ACTION NO.  05-60101

HON. JOHN CORBETT O'MEARA

## **JUDGMENT**

    This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

    **IT IS ORDERED** and **ADJUDGED** that Plaintiff's complaint is **DISMISSED** without prejudice.

Dated at Ann Arbor, Michigan this   3rd   day of April, 2006.

                                                       DAVID WEAVER, CLERK

                                                       s/John Corbett O'Meara
                                                       Denise Goodine, Deputy Clerk

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT, O'MEARA
UNITED STATES DISTRICT JUDGE